ILBERT STAHL, Doing Business as STAHL SOAP COMPANY, Respondent, v. B. HAWLEY SMITH, Doing Business as B. HAWLEY SMITH COMPANY, Appellant.—

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.